© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**8 West 58th Street Hospitality, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **46-0704820** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8 West 58th Street**<br>**New York, NY**<br>ZIPCODE **10022** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**8 West 58th Street Hospitality, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | 8 West 58th Street Hospitality, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

Kevin J. Nash
Goldberg, Weprin, Finkel,
Goldstein, L.L.P.
1501 Broadway, 22nd Floor
New York, NY 10036
(212) 221-5700
KNash@GWFGlaw.com

_____May 20, 2014_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Max Burgio
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

_____
Date

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

8 WEST 58th STREET HOSPITALITY, LLC,                            Case No.

                                    Debtor.
-------------------------------------------------------------x

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULES

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

     MAX BURGIO declares the following pursuant to 28 U.S.C. § 1746:

     1.     I am the managing member of 8 West 58th Street Hospitality, LLC (the "Debtor"). I submit this Declaration in accordance with Local Bankruptcy Rules in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

     2.     The Debtor is a New York limited liability company and a tenant under a certain lease dated August __, 2012 (the "Lease"), with 14 East 58th LLC, as successor to Lawrence Friedland and the Estate of Melvin Friedland (the "Landlord"). The Debtor operates a restaurant and lounge (the "Restaurant") on multiple floors at 14 East 58th Street, New York, New York (the "Premises"), known as "B&Co," with a total seating capacity of 275 people.

     3.     While the Restaurant has been unsuccessful since opening last fall due to a variety of reasons, the Lease itself nevertheless retains great value. Accordingly, the Debtor believes that the Restaurant can be revived and has actively sought a new investment group to infuse needed capital to address the claims of creditors, pay the arrears due under the Lease, and fund alterations and marketing changes.

4.      The Debtor is close to finalizing a term sheet with a new investor group which it hopes will form the basis of a plan of reorganization. In the interim, the Lease is threatened by a pending non-payment proceeding instituted by the Landlord in the Civil Court. Additionally, the Landlord has issued other notices of default based upon the filing of disputed mechanic's liens.

5.      While the Debtor would have preferred to seek Chapter 11 relief with a signed term sheet in hand, the bankruptcy is necessary to maintain the status quo concerning the status of the Lease. There are ongoing disputes with the Landlord over the proper rent commencement date under the Lease and whether the ten (10) month free rent period covers both base rent and additional rent.

6.      The Debtor hopes to utilize Chapter 11 to complete its negotiations with the potential new investors and promulgate a plan of reorganization within thirty (30) days which shall include a negotiated resolution of all Lease disputes.

7.      The Debtor anticipates generating revenues of approximately $100,000 over the next thirty (30) day period. This level of income is insufficient to pay all outstanding expenses. Thus, the Restaurant will remain open only to the extent necessary to facilitate a new investment or sale.

8.      A list of the Debtor's creditors is being filed with the petition.

9.      The Debtor currently employs approximately thirty (30) people, with a weekly payroll of approximately $15,000 per week.

10.     Although I am the general manager, I have never received a salary or other compensation since the opening of the Restaurant in September 2013.

Dated: New York, New York
       May 20, 2014

                                              _____
                                                      MAX BURGIO

x:\gwfg\new data\yen\word\8 west hospitality (max burgio)-burma.33266\bankruptcy petition\local rule affidavit 5-20-14.doc

2

United States Bankruptcy Court
Southern District of New York

IN RE:                                                            Case No. _____

8 West 58th Street Hospitality, LLC                              Chapter 11
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| 14 East 58th LLC<br>C/O Larstrand Corp.<br>22 East 65th Street<br>New York, NY 10065 | Hoon Chang | | Unliquidated<br>Disputed | 700,000.00 |
| Tedeschi USA LLC<br>110 East 42 Street, 3rd Floor<br>New York, NY 10014 | | | Unliquidated<br>Disputed | 180,120.94 |
| NYS Dept Of Taxation<br>Bankruptcy/Special Procedure<br>P.O.Box 5300<br>Albany, NY 12205-0300 | | | Unliquidated | 108,621.46 |
| Empire Merchants, LLC<br>16 Bridgewater Street<br>New York, NY 11222 | | | | 52,226.52 |
| Vardo Construction Corp.<br>18-50 Steinway Street<br>Long Island City, NY 11105 | | | Unliquidated | 50,000.00 |
| Trio Audio, Inc.<br>Park West Finance<br>PO Box 20974<br>New York, NY 10025 | | | | 47,610.80 |
| JWBuilt<br>733 3rd Avenue, Suite 1573<br>New York, NY 10017 | | | Unliquidated<br>Disputed | 25,000.00 |
| Southern Wine & Spirits, Inc.<br>PO Box 250<br>East Norwich, NY 11732-1003 | | | | 21,228.77 |
| AFCO<br>4501 College Boulevard, Suite 320<br>Leawood, KS 66211 | | | | 20,641.21 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | | | 12,098.07 |
| Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ 07014 | | | | 9,726.68 |
| Lobster Place Wholesale Seafood<br>75 Ninth Avenue<br>New York, NY 10011 | | | | 9,559.97 |
| IESI - NY Corporation<br>1099 Wall Street West<br>Lyndhurst, NJ 07071-3617 | | | | 9,226.52 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| Weeks Lerman<br>150 West 30th Street<br>New York, NY 10001 | Unliquidated    9,192.31 |
| D'Artagnan<br>PO Box 1928<br>Newark, NJ 07101-0565 | 8,242.67 |
| Micros Retail Systems, Inc.<br>1500 Harbor Boulevard<br>Weehawken, NJ 07086 | 8,070.78 |
| Antichi Sapori, Inc.<br>99 Grand Street #4<br>Moonachie, NJ 07074 | 8,007.06 |
| Scandia Seafood<br>260A Secaucus Road<br>Secaucus, NJ 07094 | 7,803.39 |
| Borax Paper<br>1390 Spofford Avenue<br>Bronx, NY 10474 | 7,409.70 |
| Lawlor Media Group<br>443 Park Avenue South, Suite 603<br>New York, NY 10016 | 6,500.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _MAY 20 - 2014_    Signature: _____

<u>Max Burgio, Managing Member</u>
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                          Chapter 11

8 WEST 58th STREET HOSPITALITY, LLC,          Case No.

                                    Debtor.

-------------------------------------------------------------x

### LIMITED LIABILITY COMPANY RESOLUTION

At a series of meetings of the Company prior to bankruptcy, it was:

**DECIDED**, that the Company shall file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code to attempt to preserve its lease and negotiate with creditors and potential new investors; and it is further

**RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of prosecuting the Chapter 11 case on its behalf.

Dated:  New York, New York
        May 20, 2014

8 WEST 58th STREET HOSPITALITY, LLC

By: _____

Name:  Max Burgio
Title:   Managing Member

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                          Case No.

**8 West 58th Street Hospitality, LLC**                         Chapter 11
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,500,000.00 | | |
| B - Personal Property | Yes | 3 | $ 731,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 116,108.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 1,249,972.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $ 2,231,500.00 | $ 1,366,080.87 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial lease for the premises located at 14 East 58th Street, New York, New York.** | | | 1,500,000.00 | 0.00 |
| | | **TOTAL** | 1,500,000.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                    Pg 11 of 34                Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CitiBank - 5th Avenue and 60th Street** | | 2,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Consolidated Edison Company of New York Security Deposit** **Landlord Security Deposit** | | 14,500.00 250,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Miscellaneous receivables | | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment | | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Kitchen and bar equipment plus furniture | | 400,000.00 |
| 30. Inventory. | | Food and liquor inventory | | 50,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE 8 West 58th Street Hospitality, LLC

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
Pg 13 of 34

Debtor(s)                                                                    Case No. _____
                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 731,500.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____0 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE 8 West 58th Street Hospitality, LLC                                    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC           Pg 15 of 34           Case No. _____
        Debtor(s)                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal
(Total of this page) $ | $

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                    Pg 16 of 34        Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE 8 West 58th Street Hospitality, LLC
Debtor(s)

14-11524-shl   Doc 1   Filed 05/20/14   Entered 05/20/14 17:11:46   Main Document
Pg 17 of 34

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | X | | 4,457.49 | 4,457.49 | |
| ACCOUNT NO.<br>**NYC Dept Of Finance**<br>**345 Adams Street, 3rd Floor**<br>**Attn: Legal Affairs**<br>**Brooklyn, NY 11201** | | | | | X | | 544.00 | 544.00 | |
| ACCOUNT NO.<br>**NYC Fire Department**<br>**Church Street Station**<br>**PO Box 840**<br>**New York, NY 10008-0840** | | | | | X | | 130.00 | 130.00 | |
| ACCOUNT NO.<br>**NYC Water Board**<br>**P.O. Box 11863**<br>**Newark, NJ 07101** | | | | | X | | 2,355.14 | 2,355.14 | |
| ACCOUNT NO.<br>**NYS Dept Of Taxation**<br>**Bankruptcy/Special Procedure**<br>**P.O.Box 5300**<br>**Albany, NY 12205-0300** | | | | | X | | 108,621.46 | 108,621.46 | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 116,108.09 | $ 116,108.09 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 116,108.09 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 116,108.09 | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                    Pg 18 of 34    Case No. _____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**14 East 58th LLC**<br>**C/O Larstrand Corp.**<br>**22 East 65th Street**<br>**New York, NY 10065** | X | | | | X | X | **700,000.00** |
| ACCOUNT NO.<br>**Acnam LLC D/B/A Wine For All**<br>**355 Post Avenue, Suite 101**<br>**Westbury, NY 11590** | | | | | | | **1,837.00** |
| ACCOUNT NO.<br>**Admiral Linen**<br>**PO Box 1015**<br>**Copiague, NY 11726-1015** | | | | | | | **2,594.15** |
| ACCOUNT NO.<br>**AFCO**<br>**4501 College Boulevard, Suite 320**<br>**Leawood, KS 66211** | | | | | | | **20,641.21** |

___6___ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **725,072.36** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

14-11524-shl   Doc 1   Filed 05/20/14   Entered 05/20/14 17:11:46   Main Document
IN RE 8 West 58th Street Hospitality, LLC                Pg 19 of 34      Case No. _____
              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Agri Exotic Trading, Inc. 700 Route 46 West, Suite 5 Clifton, NJ 07013 | | | | | | | 2,647.65 |
| ACCOUNT NO. Ammirati Incorporated 500 Fifth Avenue Pelham, NY 10803 | | | | | | | 1,646.00 |
| ACCOUNT NO. Anthony Guinehut | | | | X | | | 1,960.00 |
| ACCOUNT NO. Antichi Sapori, Inc. 99 Grand Street #4 Moonachie, NJ 07074 | | | | | | | 8,007.06 |
| ACCOUNT NO. Auto-Chlor System 685 Gotham Parkway Carlstadt, NJ 07072 | | | | | | | 1,600.00 |
| ACCOUNT NO. Big Blue Distributors, Inc, 223 Greenpoint Avenue Brooklyn, NY 11222 | | | | | | | 1,890.90 |
| ACCOUNT NO. Borax Paper 1390 Spofford Avenue Bronx, NY 10474 | | | | | | | 7,409.70 |

Sheet no. ___1___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,161.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE 8 West 58th Street Hospitality, LLC
Debtor(s)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
Pg 20 of 34

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Caseificio Delle Rose<br>17 Mandy Court<br>Staten Island, NY  10309 | | | | | | | 1,568.00 |
| ACCOUNT NO.<br>Coca Cola Refreshments<br>521 Lake Kathy Drive<br>Brandon, FL  33510 | | | | | | | 2,006.32 |
| ACCOUNT NO.<br>Conversano Associates, Inc.<br>150 Broadway, Suite 1616<br>New York, NY  10038-4304 | | | | | | | 4,236.00 |
| ACCOUNT NO.<br>D'Artagnan<br>PO Box 1928<br>Newark, NJ  07101-0565 | | | | | | | 8,242.67 |
| ACCOUNT NO.<br>Dascom Solution<br>11 Ridge Road<br>Lebanon, NJ  08833 | | | | | | | 3,003.00 |
| ACCOUNT NO.<br>Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ  07014 | | | | | | | 9,726.68 |
| ACCOUNT NO.<br>Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL  60674 | | | | | | | 12,098.07 |

Sheet no. __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 40,880.74

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE 8 West 58th Street Hospitality, LLC
          Debtor(s)

14-11524-shl  Doc 1  Filed 05/20/14  Entered 05/20/14 17:11:46  Main Document
Pg 21 of 34

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Empire Merchants, LLC <br> 16 Bridgewater Street <br> New York, NY 11222 | | | | | | | 52,226.52 |
| ACCOUNT NO. <br> IESI - NY Corporation <br> 1099 Wall Street West <br> Lyndhurst, NJ 07071-3617 | | | | | | | 9,226.52 |
| ACCOUNT NO. <br> J. Papas & Sons, Inc. <br> 16 Graner Place <br> Yonkers, NY 10703 | | | | | | | 5,312.75 |
| ACCOUNT NO. <br> JWBuilt <br> 733 3rd Avenue, Suite 1573 <br> New York, NY 10017 | | | | | X | X | 25,000.00 |
| ACCOUNT NO. <br> KT Signs Corp. <br> 245 Vorhees Street <br> Teaneck, NJ 07666 | | | | | | | 692.70 |
| ACCOUNT NO. <br> Lawlor Media Group <br> 443 Park Avenue South, Suite 603 <br> New York, NY 10016 | | | | | | | 6,500.00 |
| ACCOUNT NO. <br> Lobster Place Wholesale Seafood <br> 75 Ninth Avenue <br> New York, NY 10011 | | | | | | | 9,559.97 |

Sheet no. _____ 3 of _____ 6 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 108,518.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

                          Debtor(s)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lupa Gourmet<br>300 Coster Street<br>Bronx, NY 10474 | | | | | | | 1,341.69 |
| ACCOUNT NO.<br>Manhattan Beer Distributors<br>955 East 149 Street<br>Bronx, NY 10455 | | | | | | | 1,793.61 |
| ACCOUNT NO.<br>Master Fire Duct Cleaning Corp.<br>1553 Saint Lawrence Avenue<br>Bronx, NY 10460 | | | | | | | 326.63 |
| ACCOUNT NO.<br>Master Fire Systems, Inc.<br>1776 East Tremont Avenue<br>Bronx, NY 10460 | | | | | | | 950.00 |
| ACCOUNT NO.<br>MHW Ltd.<br>1129 Northern Boulevard, Suite 312<br>Manhasset, NY 11030 | | | | | | | 108.00 |
| ACCOUNT NO.<br>Micros Retail Systems, Inc.<br>1500 Harbor Boulevard<br>Weehawken, NJ 07086 | | | | | | | 8,070.78 |
| ACCOUNT NO.<br>Monique Santiago<br>2145 Ocean Avenue, 4D<br>Brooklyn, NY 11229 | | | | | | | 1,600.00 |

Sheet no. _____4_____ of _____6_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 14,190.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                                    Pg 23 of 34                     Case No. _____
                                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pat La Frieda Wholesale Meat Purveyors<br>3701 Tonnelle Avenue<br>North Bergen, NJ  07047 | | | | | | | 1,303.39 |
| ACCOUNT NO.<br>Ranieri Fine Foods<br>278 Metropolitan Avenue<br>Brooklyn, NY  11211 | | | | | | | 2,053.28 |
| ACCOUNT NO.<br>Robert T. Schulz | | | | | | | unknown |
| ACCOUNT NO.<br>Scandia Seafood<br>260A Secaucus Road<br>Secaucus, NJ  07094 | | | | | | | 7,803.39 |
| ACCOUNT NO.<br>Seas Star Food USA<br>1015 Hoyt Avenue<br>Ridgefield, NJ  07657 | | | | | | | 6,184.40 |
| ACCOUNT NO.<br>Shien Lee Creative Group LLC<br>446 Kent Avenue, APt. 12C<br>Brooklyn, NY  11249 | | | | | | | 4,400.00 |
| ACCOUNT NO.<br>Southern Wine & Spirits, Inc.<br>PO Box 250<br>East Norwich, NY  11732-1003 | | | | | | | 21,228.77 |

Sheet no. ____5__ of ____6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ 42,973.23 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                    Pg 24 of 34        Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tedeschi USA LLC<br>110 East 42 Street, 3rd Floor<br>New York, NY 10014 | | | | | X | X | 180,120.94 |
| ACCOUNT NO.<br>Trio Audio, Inc.<br>Park West Finance<br>PO Box 20974<br>New York, NY 10025 | | | | | | | 47,610.80 |
| ACCOUNT NO.<br>US Foods, Inc.<br>1051 Amboy Avenue<br>Perth Amboy, NJ 08861 | | | | | | | 6,251.92 |
| ACCOUNT NO.<br>Vardo Construction Corp.<br>18-50 Steinway Street<br>Long Island City, NY 11105 | | | | | X | X | 50,000.00 |
| ACCOUNT NO.<br>Weeks Lerman<br>150 West 30th Street<br>New York, NY 10001 | | | | | X | X | 9,192.31 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____6___ of ____6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 293,175.97

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,249,972.78

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 14 East 58th LLC<br>C/O Larstrand Corp.<br>22 East 65th Street<br>New York, NY  10065 | Commercial lease dated August __, 2012 |

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6H (Official Form 6H) (12/07)

14-11524-shl    Doc 1    Filed 05/20/14    Entered 05/20/14 17:11:46    Main Document
IN RE 8 West 58th Street Hospitality, LLC                    Pg 26 of 34                    Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Max Burgio<br>240 East 47th Street, Unit 16 C/D<br>New York, NY  10017 | 14 East 58th LLC<br>C/O Larstrand Corp.<br>22 East 65th Street<br>New York, NY  10065 |

© 1993-2011 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                    Debtor

Date: _____    Signature: _____
                                                                            (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member**_____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the **8 West 58th Street Hospitality, LLC**_____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 20, 2014**    Signature: _____

          **Max Burgio**_____
                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Southern District of New York

IN RE:                                                          Case No. _____

**8 West 58th Street Hospitality, LLC** _____    Chapter **11** _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: _May 20, 2014_          Signature: _____

                                   **Max Burgio, Managing Member**                      Debtor

Date: _____        Signature: _____

                                                                      Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

14 East 58th LLC
C/O Larstrand Corp.
22 East 65th Street
New York, NY   10065


Acnam LLC D/B/A Wine For All
355 Post Avenue, Suite 101
Westbury, NY   11590


Admiral Linen
PO Box 1015
Copiague, NY   11726-1015


AFCO
4501 College Boulevard, Suite 320
Leawood, KS   66211


Agri Exotic Trading, Inc.
700 Route 46 West, Suite 5
Clifton, NJ   07013


Ammirati Incorporated
500 Fifth Avenue
Pelham, NY   10803


Antichi Sapori, Inc.
99 Grand Street #4
Moonachie, NJ   07074


Auto-Chlor System
685 Gotham Parkway
Carlstadt, NJ   07072


Big Blue Distributors, Inc,
223 Greenpoint Avenue
Brooklyn, NY   11222

Borax Paper
1390 Spofford Avenue
Bronx, NY  10474


Caseificio Delle Rose
17 Mandy Court
Staten Island, NY  10309


Coca Cola Refreshments
521 Lake Kathy Drive
Brandon, FL  33510


Conversano Associates, Inc.
150 Broadway, Suite 1616
New York, NY  10038-4304


D'Artagnan
PO Box 1928
Newark, NJ  07101-0565


Dascom Solution
11 Ridge Road
Lebanon, NJ  08833


Driscoll Foods
174 Delawanna Avenue
Clifton, NJ  07014


Edward Don & Company
2562 Paysphere Circle
Chicago, IL  60674


Empire Merchants, LLC
16 Bridgewater Street
New York, NY  11222

IESI - NY Corporation
1099 Wall Street West
Lyndhurst, NJ   07071-3617


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA   19101-7346


J. Papas & Sons, Inc.
16 Graner Place
Yonkers, NY   10703


JWBuilt
733 3rd Avenue, Suite 1573
New York, NY   10017


KT Signs Corp.
245 Vorhees Street
Teaneck, NJ   07666


Lawlor Media Group
443 Park Avenue South, Suite 603
New York, NY   10016


Lobster Place Wholesale Seafood
75 Ninth Avenue
New York, NY   10011


Lupa Gourmet
300 Coster Street
Bronx, NY   10474


Manhattan Beer Distributors
955 East 149 Street
Bronx, NY   10455

Master Fire Duct Cleaning Corp.
1553 Saint Lawrence Avenue
Bronx, NY   10460


Master Fire Systems, Inc.
1776 East Tremont Avenue
Bronx, NY   10460


MHW Ltd.
1129 Northern Boulevard, Suite 312
Manhasset, NY   11030


Micros Retail Systems, Inc.
1500 Harbor Boulevard
Weehawken, NJ   07086


Monique Santiago
2145 Ocean Avenue, 4D
Brooklyn, NY   11229


NYC Dept Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY   11201


NYC Fire Department
Church Street Station
PO Box 840
New York, NY   10008-0840


NYC Water Board
P.O. Box 11863
Newark, NJ   07101

NYS Dept Of Taxation
Bankruptcy/Special Procedure
P.O.Box 5300
Albany, NY  12205-0300


Pat La Frieda Wholesale Meat Purveyors
3701 Tonnelle Avenue
North Bergen, NJ  07047


Ranieri Fine Foods
278 Metropolitan Avenue
Brooklyn, NY  11211


Scandia Seafood
260A Secaucus Road
Secaucus, NJ  07094


Seas Star Food USA
1015 Hoyt Avenue
Ridgefield, NJ  07657


Shien Lee Creative Group LLC
446 Kent Avenue, APt. 12C
Brooklyn, NY  11249


Southern Wine & Spirits, Inc.
PO Box 250
East Norwich, NY  11732-1003


Tedeschi USA LLC
110 East 42 Street, 3rd Floor
New York, NY  10014

Trio Audio, Inc.
Park West Finance
PO Box 20974
New York, NY  10025

US Foods, Inc.
1051 Amboy Avenue
Perth Amboy, NJ  08861

Vardo Construction Corp.
18-50 Steinway Street
Long Island City, NY  11105

Weeks Lerman
150 West 30th Street
New York, NY  10001