UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                     : Chapter 11
                                                          :
8 WEST 58TH STREET HOSPITALITY, LLC,    : Case No. 14-11524 (SHL)
                                                          :
          Debtor.                                    :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of the law firm of Troutman Sanders LLP ("Troutman"), counsel for *14 East 58th LLC,* has moved its offices on April 27, 2015.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Troutman's address and contact information has changed to the following:

TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

Dated: New York, New York
         April 29, 2015

TROUTMAN SANDERS LLP

By:   *s/Brett D. Goodman*
        Brett D. Goodman
        875 Third Avenue
        New York, New York 10022
        Tel. No. (212) 704-6170
        Fax No. (212) 704-6288

*Attorneys for 14 East 58th LLC*